Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FLOORS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:10-cv-01604-LDG-RJJ<br><br>**ORDER OF DEFAULT JUDGMENT AGAINST AMERICAN FLOORS, INC.** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant American Floors, Inc., a Nevada corporation ("American"). Default having been entered against American, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

///

///

1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against American in the amount of $38,217, representing delinquent contributions, liquidated damages, interest, administrative fees, and attorney fees and costs.

DATED this 31 day of Jan, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam Segal
Adam P. Segal, Esq., Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20052\267\1493593.1